Waiver of Indictment

UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 19-202 |
| DOMENICK BRACCIA | : | |

Domenick Braccia, the above named defendant, who is accused of

18 U.S.C. § 371 (conspiracy to commit health care fraud, in violation of 18 U.S.C. § 1347)

being advised of the nature of the charge and his rights, hereby waives in open court prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

Date  5/8/19

_____
Domenick Braccia

_____
Michael Schwartz, Esquire
Counsel for Defendant

_____
Witness