**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| | **NO.  19-202** |
| **v.** | |
| **DOMENICK BRACCIA** | |

**O R D E R**

**AND NOW**, this 1st day of February, 2021, upon consideration of Defendant Domenick

Braccia's *pro se* Motion for Sentencing Reduction under 18 U.S.C. Section 3582(c)(1)(A) and

for Compassionate Release Due to COVID-19 (ECF 35), and the Government's response thereto

(ECF 39), **IT IS HEREBY ORDERED** that the motion is **GRANTED** and Braccia's term of

imprisonment is commuted to time served.

**IT IS FURTHER ORDERED** that the Government shall refer this case to the United

States Probation Office to prepare a release plan consistent with this order.

**IT IS FURTHER ORDERED** that the remainder of the original term of the defendant's

imprisonment shall be replaced by an additional term of supervised release, with the condition

that the defendant reside during that time at a location approved by the Probation Office in the

release plan, and that the defendant shall abide by all other conditions of supervised release

imposed by the U.S. Probation Office.

**IT IS FURTHER ORDERED** that the defendant shall still serve the previously imposed

one-year period of supervised release.

**IT IS FURTHER ORDERED** that the defendant shall be released from the custody of

the Bureau of Prisons as soon as his period of quarantine is completed, his release plan is

implemented, and travel arrangements can be made.

**IT IS FURTHER ORDERED** that Braccia shall self-quarantine in his home for a period of 14-days upon arrival.

BY THE COURT:


*/s/ Wendy Beetlestone*
_____
**WENDY BEETLESTONE, J.**